**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
APRIL 10, 2018 SESSION**



FILED
APR 10 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 5:18-00079
    8 U.S.C. § 1326(a)

**EZEQUIAS DE LOS SANTOS-RUIZ**

### I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about June 15, 2017, defendant EZEQUIAS DE LOS SANTOS-RUIZ, an alien, was found at or near Kingsville, Texas, and was subsequently removed from the United States to Mexico on or about June 16, 2017.

2. On or about March 15, 2018, at or near Beaver, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant EZEQUIAS DE LOS SANTOS-RUIZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                        MICHAEL B. STUART
                        United States Attorney

By: _____
       ERIK S. GOES
       Assistant United States Attorney